ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

SHAUN M. PETTIGREW (CA State Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, North Terrace Suite 600
Denver, CO 80207
(202) 532-3073
rickey.turner@usdoj.gov

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689
emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SAVE THE SOUTH FORK SALMON; IDAHO CONSERVATION LEAGUE; IDAHO RIVERS UNITED; EARTHWORKS; CENTER FOR BIOLOGICAL DIVERSITY; and AMERICAN RIVERS, | ) | Case No. 1:25-CV-00086-AKB |
| Plaintiffs, | ) | FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT |

v.

U.S. FOREST SERVICE; U.S. FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; U.S. DEPARTMENT OF AGRICULTURE; U.S. DEPARTMENT OF THE INTERIOR; U.S. DEPARTMENT OF COMMERCE; BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture; DOUG BURGUM, in his official capacity as U.S. Secretary of the Interior; and HOWARD LUTNICK, in his official capacity as U.S. Secretary of Commerce,

Federal Defendants,

and

PERPETUA RESOURCES IDAHO, INC.

Defendant-Intervenor

Plaintiffs bring claims under the Administrative Procedure Act (APA) challenging the U.S. Forest Service's January 3, 2025, decision to approve a mine plan of operations for Perpetua Resources Idaho, Inc. and biological opinions prepared by the U.S. Fish and Wildlife Service. The Ninth Circuit has endorsed the use of Rule 56 motions for summary judgment in reviews of agency administrative decisions, under the limitations imposed by the APA. *See, e.g.*, *Nw. Motorcycle Ass'n v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1471-72 (9th Cir. 1994) (discussing the standards of review under both the APA and Fed. R. Civ. P. 56). Federal Defendants hereby move for summary judgment for the reasons provided in the attached statement of facts and memorandum, as well as the administrative records previously lodged with the Court. Because Plaintiffs have not established that Federal Defendants acted arbitrarily or capriciously in violation of any mining

laws or regulations, the National Forest Management Act, the National Environmental Policy Act, or the Endangered Species Act, summary judgment in favor of Federal Defendants is warranted.

Respectfully submitted this 19th day of September, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/Shaun M. Pettigrew*
SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, North Terrace Suite 600
Denver, CO 80207
(202) 532-3073
rickey.turner@usdoj.gov

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689
emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*