UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAVE THE SOUTH FORK SALMON; IDAHO CONSERVATION LEAGUE; IDAHO RIVERS UNITED; EARTHWORKS; CENTER FOR BIOLOGICAL DIVERSITY; and AMERICAN RIVERS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE; U.S. FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; U.S. DEPARTMENT OF AGRICULTURE; U.S. DEPARTMENT OF THE INTERIOR; U.S. DEPARTMENT OF COMMERCE; BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture; DOUG BURGUM, in his official capacity as U.S. Secretary of the Interior; and HOWARD LUTNICK, in his official capacity as U.S. Secretary of Commerce,<br><br>Federal Defendants,<br><br>and<br><br>PERPETUA RESOURCES IDAHO, INC.<br><br>Defendant-Intervenor. | Case No. 1:25-cv-00086-AKB<br><br>**JUDGMENT** |

Consistent with the Court's Memorandum Decision and Order entered on August 18, 2026, and pursuant to Federal Rule of Civil Procedure 58, the Court ORDERS and ADJUDGES as follows:

Judgment is entered in favor of Plaintiffs on their Eighth Claim for Relief to the extent that claim challenges the U.S. Fish and Wildlife Service's incidental take statements for North American wolverine and bull trout under the Endangered Species Act and the Administrative Procedure Act. Judgment is entered in favor of Federal Defendants and Defendant-Intervenor Perpetua Resources Idaho, Inc. in all other respects.

The challenged wolverine and bull trout incidental take statements contained in the U.S. Fish and Wildlife Service's September 2024 Biological Opinion are **REMANDED** to the Service without vacatur for further proceedings consistent with the Memorandum Decision and Order. All other relief requested by Plaintiffs, including permanent injunctive relief, is **DENIED**.

This Judgment resolves all claims and all parties. The Clerk of Court is directed to close this case.

UNITED STATES COURTS DISTRICT OF IDAHO

DATED: August 18, 2026

Amanda K. Brailsford

Amanda K. Brailsford
U.S. District Court Judge