UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SAVE THE SOUTH FORK SALMON; et al.,

Plaintiffs - Appellants,

v.

UNITED STATES FOREST SERVICE; et al.,

Defendants - Appellees,

PERPETUA RESOURCES IDAHO, INC.,

Intervenor-Defendant - Appellee.

No. 26-3622

D.C. No.
1:25-cv-00086-AKB
District of Idaho,
Boise

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 30), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator