UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| SAVE THE SOUTH FORK SALMON; IDAHO CONSERVATION LEAGUE; IDAHO RIVERS UNITED; EARTHWORKS; CENTER FOR BIOLOGICAL DIVERSITY; and AMERICAN RIVERS,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE; U.S. FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; U.S. DEPARTMENT OF AGRICULTURE; U.S. DEPARTMENT OF THE INTERIOR; U.S. DEPARTMENT OF COMMERCE; BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture; DOUG BURGUM, in his official capacity as U.S. Secretary of the Interior; HOWARD LUTNICK, in his official capacity as U.S. Secretary of Commerce,<br><br>Defendants,<br><br>and<br><br>PERPETUA RESOURCES IDAHO, INC.<br><br>Intervenor-Defendant. | Case No. 1:25-cv-00086-AKB<br><br>**ORDER ON MOTION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEY FEES, COSTS, AND EXPENSES** |

Now before the Court is Plaintiffs' Unopposed Motion to Extend Deadline to File Motion for Attorney Fees, Costs, and Expenses (Dkt. 100). On August 25, 2026, Plaintiffs filed a Notice

of Appeal (Dkt. 99). Having considered the motion, the record in this case, and finding good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Unopposed Motion to Extend Deadline to File Motion for Attorney Fees, Costs, and Expenses is **GRANTED**.
2. The deadline for Plaintiffs to file a motion for attorney fees, costs, and expenses under Federal Rule of Civil Procedure 54, Local Rule 54.2, the Endangered Species Act, and/or the Equal Access to Justice Act shall be due **thirty (30) days** after the final disposition of any appeal.

**IT IS SO ORDERED.**

DATED: August 27, 2026

Amanda K. Brailsford
U.S. District Court Judge